No. 72–283. MAHIN, DIRECTOR OF REVENUE OF ILLINOIS *v.* MITCHELL ET AL. Sup. Ct. Ill. Certiorari denied.

No. 72–284. NORTH CAROLINA STATE PORTS AUTHORITY *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO. C. A. 4th Cir. Certiorari denied.

No. 72–285. TIBBITTS ET UX. *v.* CUSSEN, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied.

No. 72–286. AMERICAN AIRLINES, INC. *v.* LOCAYNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–289. DIEHL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–290. CALIFORNIA *v.* HALPIN ET AL. Sup. Ct. Cal. Certiorari denied.

No. 72–291. UNITED STATES FIRE INSURANCE Co. *v.* MARINE SULPHUR TRANSPORT CORP. ET AL.; and

No. 72–344. MARINE SULPHUR TRANSPORT CORP. ET AL. *v.* HEARD ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 460 F. 2d 89.

No. 72–293. GASTON COUNTY DYEING MACHINE Co. *v.* BROWN. C. A. 4th Cir. Certiorari denied.

No. 72–296. LEGARI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–299. PILGRIM EQUIPMENT COMPANY OF HOUSTON *v.* TEXAS ET AL. Ct. Civ. App. Tex., 1st Sup. Jud. Dist. Certiorari denied.